# Order

June 16, 2015

**Michigan Supreme Court**
**Lansing, Michigan**

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

151053(78)

CITY OF HOLLAND,
      Plaintiff-Appellee,

v

CONSUMERS ENERGY COMPANY,
      Defendant-Appellant.

_____/

SC: 151053
COA: 315541
Ottawa CC: 12-002758-CZ

On order of the Chief Justice, the motion of the Michigan Municipal Electric Association (MMEA) to participate as amici curiae is GRANTED. The amicus brief submitted by the MMEA on June 10, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 16, 2015

